Premier Surgical Services, P.C., as Assignee of Dawn Evans, Yvonne Bracey, Rosemarie Delacruz and Angela Castenada, Respondent,
against
GEICO General Ins. Co., Appellant. 




Law Office of Goldstein & Flecker (Lawrence J. Chanice of counsel), for appellant.
Zara Javakov, P.C. (Zara Javakov of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Rosemarie Montalbano, J.), entered May 7, 2018. The order denied defendant's motion to sever the claim of each assignor into separate actions.




ORDERED that the order is reversed, with $30 costs, and defendant's motion to sever the claim of each assignor into separate actions is granted.
In this action by a provider to recover first-party no-fault benefits assigned to it by four assignors, defendant appeals from an order of the Civil Court which denied defendant's motion pursuant to CPLR 603 to sever the causes of action into four separate actions.
The complaint alleges that the claims arose out of four separate accidents which occurred on four different dates. The facts relating to each claim are therefore likely to raise few, if any, common issues of fact (see Radiology Resource Network, P.C. v Fireman's Fund Ins. Co., 12 AD3d 185 [2004]). As a result, defendant's motion to sever the causes of action should have been granted (see Maria Oca, M.D., P.C. v MVAIC, 35 Misc 3d 134[A], 2012 NY Slip Op 50758[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2012]).
Accordingly, the order is reversed and defendant's motion to sever the claim of each assignor into separate actions is granted.
PESCE, P.J., ALIOTTA and SIEGAL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: October 18, 2019